MINUTE ENTRY
VITTER, J.
August 14, 2019
JS10:60

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JIM C. CAMBRE** | **CIVIL ACTION** |
| **VERSUS** | **NO: 18-6509** |
| **ROGER GOTTARDI, ET AL.** | **SECTION: "D"(3)** |

## MINUTE ENTRY

The Court held a Pretrial Conference on August 14, 2019. Philip Kaplan and Timothy Yazbeck participated on behalf of Plaintiff Jim Cambre. Chadwick Collings and Thomas Schneidau participated on behalf of Defendants Roger Gottardi, Jason Wilson, Chad Melendez, and Ryan Hopkins.

The Court advised counsel of a familial relationship with counsel for defendant and further advised that the Court could be fair and impartial in the matter. Parties were satisfied with the disclosure, which had also been made previously by counsel. The Pretrial Order (R. Doc. 61) was signed by counsel and submitted to the Court; however, the parties discussed submitting to the Court a new Pretrial Order following the conference. The parties discussed submitting to the Court a joint motion dismissing Defendants Chad Melendez and Ryan Hopkins.

...

IT IS HEREBY ORDERED:

Jury trial of this matter shall commence September 16, 2019, at 8:30 a.m. Estimated length of trial is three (3) days. Counsel shall attend a conference with the Court at 8:00 a.m. to resolve any issues that need to be addressed before trial begins.

On Monday, September 9, 2019, five working days before the trial date, the parties shall exchange witness lists and provide a copy to the Court, indicating those witnesses they intend to call at trial in their cases in chief. Such witnesses shall be made available for use by all parties by the party who lists the witness. Any witness not listed thereon shall not be permitted to testify, except for rebuttal witnesses.

Counsel shall submit trial memoranda, joint special voir dire, joint special jury interrogatories, and joint jury charges five working days before the trial date as discussed in the pre trial conference. Motions in Limine shall be filed no less than five working days prior to the trial. Responses to Motions in Limine are due at least two working days prior to trial. Motions in Limine shall follow the deadlines as indicated above regardless of submission dates which may be issued by the Clerk of Court upon filing.

Counsel shall submit proposed findings of fact and conclusions of law, trial memoranda, and a bench book of exhibits five working days before the trial date.

Counsel shall schedule a mandatory settlement conference before Magistrate Judge Douglas, which conference shall be initiated by counsel for plaintiff. The settlement conference must be held at least two weeks before trial.

New Orleans, Louisiana, this 14th day of August, 2019.

_____
**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**