**MINUTE ENTRY**
**DOUGLAS, M.J.**
**AUGUST 29, 2019**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JIM C. CAMBRE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-6509** |
| **RANDY SMITH, ET AL** | **SECTION "D" (3)** |

A settlement conference in the above matter was conducted on this date.

PRESENT: Chadwick Collins
Danny Culpepper
Timothy Yazbeck

Settlement cannot be reached at this time. Settlement negotiations will continue by telephone.

_____
**DANA M. DOUGLAS**
**UNITED STATES MAGISTRATE JUDGE**

**MJSTAR(.20)**