## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JIM C. CAMBRE** | § | **CIVIL ACTION NO. 18-6509** |
|    Plaintiff | § | |
| | § | |
| | § | |
| **VERSUS** | § | |
| | § | |
| | § | **JUDGE WENDY B. VITTER** |
| **RANDY SMITH, IN HIS OFFICIAL** | § | |
| **CAPACITY AS SHERIFF OF ST.** | § | **SECTION D** |
| **TAMMANY PARISH AND IN HIS** | § | |
| **PERSONAL CAPACITY, ROGER** | § | |
| **GOTTARDI, CHAD MELENDEZ,** | § | |
| **CHRIS HARMON, JASON WILSON,** | § | **MAGISTRATE** |
| **RYAN HOPKINS, AND DOE** | § | **DANA M. DOUGLAS** |
| **DEFENDANTS** | § | |
|    Defendants | § | **DIVISION 3** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## MOTION FOR CONFIRMATION OF STATUS

**NOW INTO COURT**, through undersigned counsel, come defendants, Roger Gottardi and Jason Wilson, who respectfully move the Court, in light of their filing of a notice of interlocutory appeal (*see* R. Doc. 96), to confirm that all action and proceedings in this matter in this Honorable Court, including the currently set trial, are considered stayed and continued without date pending disposition of the action on appeal, after which time any and all requisite dates and deadlines, including a trial date, will be reset, as may be required. The reason for this motion/request is set forth in the attached memorandum in support.

**WHEREFORE**, defendants respectfully request confirmation from the Court regarding the stay of this matter and the continuance of all dates and deadlines, consistent with the above.

90096/460409

Respectfully submitted,

**MILLING BENSON WOODWARD L.L.P.**
**/s/ *Thomas S. Schneidau***
**Chadwick W. Collings (#25373) (T.A.)**
**Thomas S. Schneidau (#33359)**
**Cody J. Acosta (#37005)**
**68031 Capital Trace Row**
**Mandeville, Louisiana 70471**
**Telephone:     985-292-2000**
**Facsimile:      985-292-2001**
ccollings@millinglaw.com
tschneidau@millinglaw.com
cacosta@millinglaw.com
*Counsel for defendants*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana on August 30, 2019, by using the CM/ECF system, which system will send a notice of electronic filing to appearing parties in accordance with the procedures established.

*/s/ Thomas S. Schneidau*
Thomas S. Schneidau