## TRANSCRIPT ORDER FORM

District Court: <u>Eastern District of Louisiana</u>    District Court Docket No. <u>18-cv-06509</u>

Short Case Title: <u>Cambre v. Smith, et al.</u>    Court Reporter: <u>N/A</u>

**ONLY ONE COURT REPORTER PER FORM**

Date Notice of Appeal Filed by Clerk of District Court: <u>08/29/2019</u>    Court of Appeals No.: _____

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made.)

**A. Complete the Following:**

☑ No Hearings  ☐ Transcript is unnecessary for appeal purposes  ☐ Transcript is already on file in the Clerk's Office
or

**Check All of the Following that Apply, Enter the date of the proceeding in the blank line**.

This is to Order a Transcript of the following proceedings: ☐ Bail Hearing: _____  ☐ Voir Dire:_____
☐ Opening Statement of Plaintiff:_____  ☐ Opening Statement of Defendant:_____
☐ Closing Argument of Plaintiff:_____  ☐ Closing Argument of Defendant:_____
☐ Opinion of court:_____  ☐ Jury Instructions:_____  ☐ Sentencing:_____

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.**

**B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the transcript.** The method of payment will be:

☐ Private Funds;    ☐ Criminal Justice Act Funds (**Enter Authorization-24 to USDC eVoucher**);
☐ Other IFP Funds;    ☐ Advance Payment waived by reporter;    ☐ U.S. Government Funds
☑ Other_____<u>N/A: no transcript is being ordered</u>_____

Signature_____<u>/s/ Thomas S. Schneidau</u>_____    Date Transcript Ordered <u>N/A</u>_____

Print Name<u>Thomas S. Schneidau</u>_____    Phone:<u>985-871-3924</u>_____

Counsel for <u>Roger Gottardi and Jason Wilson</u>_____

Address<u>68031 Capital Trace Row, Mandeville, LA 70471</u>_____

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

**PART II. COURT REPORTER ACKNOWLEDGEMENT** (To be completed by the Court Reporter and filed with the Court of Appeals within 7 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | If arrangements not yet made, date contact made w/ ordering party | Estimated Completion Date | Estimated number of Pages |
|---|---|---|---|
|  |  |  |  |

☐ Satisfactory Arrangements for payment were made on _____
☐ Payment Arrangements have NOT been made. Reason: ☐ Deposit not received  ☐ Unable to contact ordering party

☐ Other (Specify)_____

Date:_____ Signature of Reporter:_____ Tel._____

Address of Reporter:_____

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT (To be completed by court reporter on date of filing transcript in the District Court and this completed form e-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages: _____    Actual Number of Volumes:_____

Date: _____ Signature of Reporter:_____