UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JIM C. CAMBRE** | **CIVIL ACTION** |
| **VERSUS** | **NO:   18-6509** |
| **ROGER GOTTARDI AND JASON WILSON** | **SECTION: "D"(3)** |

### ORDER

On August 29, 2019, the Court denied the defendants' motion for summary judgment, which they advanced based upon their invocation of their defense of qualified immunity. That same day, the defendants filed a notice of interlocutory appeal to the Fifth Circuit of this Court's August 29, 2019 Order and Reasons. In light of this appeal, the Court is divested of its jurisdiction as to the defendants.[1] Accordingly, this case is hereby STAYED and closed administratively for statistical purposes, to be reopened following the resolution of the appeal and upon proper motion by counsel. All motions pending before the undersigned and United States

---

[1] *Doe v. Caldwell*, 2013 WL 632955, at *2 (E.D. La. Feb. 20, 2013) ("It is undisputed that this Court was divested of jurisdiction when the defendants filed their notice of interlocutory appeal. *See, e.g., Williams v. Brooks,* 996 F.2d 728, 729–30 (5th Cir.1993).").

Magistrate Judge Dana M. Douglas are DISMISSED WITHOUT PREJUDICE, reserving to the parties the right to re-urge any motion when the matter is re-opened.

The defendants' Motion for Confirmation of Status (R. Doc. 99) and the defendants' Motion (R. Doc. 100) to Expedite Consideration of the Motion for Confirmation of Status are DENIED AS MOOT.

New Orleans, Louisiana, this the __3rd__ day of September, 2019.

_____
**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**