UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JIM C. CAMBRE** | § | **CIVIL ACTION NO. 18-6509** |
| Plaintiff | § | |
| | § | |
| | § | |
| **VERSUS** | § | |
| | § | |
| | § | **JUDGE WENDY B. VITTER** |
| **RANDY SMITH, IN HIS OFFICIAL** | § | |
| **CAPACITY AS SHERIFF OF ST.** | § | **SECTION D** |
| **TAMMANY PARISH AND IN HIS** | § | |
| **PERSONAL CAPACITY, ROGER** | § | |
| **GOTTARDI, CHAD MELENDEZ,** | § | |
| **CHRIS HARMON, JASON WILSON,** | § | **MAGISTRATE** |
| **RYAN HOPKINS, AND DOE** | § | **DANA M. DOUGLAS** |
| **DEFENDANTS** | § | |
| Defendants | § | **DIVISION 3** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**MOTION TO WITHDRAW**

**NOW INTO COURT**, comes Thomas S. Schneidau, one attorney of record for defendants, Sheriff Randy Smith, Jason Wilson, and Roger Gottardi, to respectfully request that he be allowed to withdraw from his representation of Sheriff Randy Smith, Jason Wilson, and Roger Gottardi in this matter. Mr. Schneidau has accepted, and soon will commence, a government attorney position. Chadwick W. Collings and Cody J. Acosta of the law firm Milling Benson Woodward L.L.P. will remain as counsel of record for Sheriff Randy Smith, Jason Wilson, and Roger Gottardi. As such, no prejudice or delay shall result from this withdrawal.

**WHEREFORE,** Thomas S. Schneidau prays for an order withdrawing him as counsel of record for Sheriff Randy Smith, Jason Wilson, and Roger Gottardi.

462657/90096

        **Respectfully submitted,**

        **MILLING BENSON WOODWARD L.L.P.**

        ***/s/ Thomas S. Schneidau***
        **Chadwick W. Collings (#25373) (T.A.)**
        **Thomas S. Schneidau (#33359)**
        **Cody J. Acosta (#37005)**
        **68031 Capital Trace Row**
        **Mandeville, Louisiana 70471**
        **Telephone:   985-292-2000**
        **Facsimile:    985-292-2001**
        **ccollings@millinglaw.com**
        **tschneidau@millinglaw.com**
        **cacosta@millinglaw.com**
        *Counsel for defendants*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana on December 18, 2019, by using the CM/ECF system, which system will send a notice of electronic filing to appearing parties in accordance with the procedures established.

        ***/s/ Thomas S. Schneidau***
        Thomas S. Schneidau

462657/90096