# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 19, 2019

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 19-30715    Jim Cambre v. Randy Smith, et al
                   USDC No. 2:18-CV-6509

The court has taken the following action in this case: the motion of attorney Thomas Stephen Schneidau to withdraw as counsel for appellants Roger Gottardi and Jason Wilson has been granted.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Rebecca L. Leto, Deputy Clerk
                    504-310-7703

Mr. William W. Blevins
Mr. Chadwick William Collings
Mr. Philip Jeremy Kaplan
Mr. Thomas Stephen Schneidau
Mr. Randall Alan Smith
Mr. Timothy Yazbeck