## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JIM C. CAMBRE** | **CIVIL ACTION** |
| **VERSUS** | **NO:    18-6509-WBV-DMD** |
| **RANDY SMITH, IN HIS OFFICIAL CAPACITY AS SHERIFF OF ST. TAMMANY PARISH AND IN HIS PERSONAL CAPACITY, ROGER GOTTARDI, CHAD MELENDEZ, CHRIS HARMON, JASON WILSON, RYAN HOPKINS, AND DOE DEFENDANTS** | **SECTION: "D"(3)** |

## ORDER

Considering the *Ex Parte* Motion to Withdraw Thomas S. Schneidau as Attorney (R. Doc. 108), filed by Defendants;

IT IS ORDERED  that the motion (R. Doc. 108) is GRANTED. Thomas S. Schneidau is hereby withdrawn as counsel of record for the defendants. Chadwick W. Collings and Cody J. Acosta of the law firm Milling Benson Woodward L.L.P. shall remain as counsel of record for the defendants.

New Orleans, Louisiana, this the 19th day of December, 2019.

_____
**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**