UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JIM C. CAMBRE | CIVIL ACTION NO.: 18-cv-6509 |
| versus | JUDGE WENDY B. VITTER |
| RANDY SMITH, IN HIS OFFICIAL CAPACITY AS SHERIFF OF ST. TAMMANY PARISH AND IN HIS PERSONAL CAPACITY, ROGER GOTTARDI, CHAD MELENDEZ, CHRIS HARMON, JASON WILSON, RYAN HOPKINS, AND DOE DEFENDANTS | DIVISION 3 |

### *EX PARTE* MOTION BY PLAINTIFF FOR EXPEDITED CONSIDERATION OF MOTION TO CONTINUE SUBMISSION DATE OF DEFENDANTS' MOTION FOR RECONSIDERATION

**NOW INTO COURT** through undersigned counsel, comes Plaintiff Jim C. Cambre, who respectfully submits this *Ex Parte Motion by Plaintiff for Expedited Consideration of Motion to Continue Submission Date of Defendants' Motion for Reconsideration.* In support of this motion, Plaintiff provides as follows:

Plaintiff intends to file opposition to Defendants' Motion for Reconsideration (Rec. Doc. 138), which Plaintiff believed was due on October 20, 2025, for those reasons set forth in Plaintiff's Motion to Continue Submission Date of Defendants' Motion for Reconsideration, filed concurrently.

In short, based on the Court's Minute Order (Rec. Doc. 137), Plaintiff believed that the briefing schedule had been altered, with respect to both Defendants' filing date and Plaintiff's response date. Further, Plaintiff's counsel never received notification from the Court that the submission date had been changed from October 28 to October 14. This was discovered only after the filing of Defendants' Reply Brief on the morning of Friday, October 10, 2025. *See* Rec. Doc. 139.

Plaintiff's counsel telephoned Defendants' counsel, Mr. Andrew Capitelli, Esq., on Friday morning, October 10, after reviewing Plaintiff's Reply Brief. Plaintiff's counsel explained why an opposition brief had not yet been filed. Plaintiff's counsel further requested whether Defendants would oppose continuing the submission date from October 14 to October 28. Mr. Capitelli stated that he would reach out to his clients to see whether they would consent to Plaintiff's request; however, with the weekend approaching, Mr. Capitelli was unsure whether he would have an answer by the end of Friday.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

- 3 -

Based on the foregoing and based on those reasons set forth in Plaintiff's Motion to Continue Submission Date, Plaintiff respectfully requests that the Court grant this expedited motion.

        Respectfully submitted:

*/s/ Philip J. Kaplan*
**Philip J. Kaplan (La. State Bar # 14415)**
**LAW OFFICES OF PHILIP J. KAPLAN**
3278 Wilshire Blvd., Suite 106
Los Angeles, CA 90010
Phone: (213) 820-2874
Email: philipkaplanlaw@gmail.com

*And*

*/s/Randall A. Smith*
**Randall A. Smith, T.A. (# 2117)**
**SMITH & FAWER, L.L.C.**
201 St. Charles Ave., Suite 3702
New Orleans, LA 70170
Phone: (504) 525-2200
Email:  rasmith@smithfawer.com

*Attorneys for Plaintiff*
*Jim C. Cambre*